B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Ashley M Wells**  
_____  
Debtor(s)

Case No. __13 B 38841__  
Chapter __13__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __70.25__ Check one ☐ With the filing of the petition, or  
☒ On or before __11/1/2013__

$ __70.25__ on or before __12/2/2013__

$ __70.25__ on or before __1/3/2014__

$ __70.25__ on or before __2/1/2014__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date __October 8, 2013__

BY THE COURT

_Pamela S Hollis_ PO  
_United States Bankruptcy Judge_